UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 23-10321-PBS |
| | ) | |
| AMOWIE KELVIN IMATITIKUA | ) | |

**GOVERNMENT MOTION FOR LEAVE TO DISMISS THE INDICTMENT
AND MOTION TO DISMISS AS TO AMOWIE KELVIN IMATITIKUA**

Pursuant to Fed. R. Crim. P. 48(a), the United States Attorney for the District of Massachusetts hereby moves for leave to dismiss AMOWIE KELVIN IMATITIKUA ("IMATITIKUA"), and also moves to dismiss IMATITIKUA from the Indictment in the above-captioned matter. In support of dismissal, the government states that IMATITIKUA has passed away, and leave for dismissal as well as dismissal are therefore in the interest of justice. The government is not seeking dismissal as to any other defendant.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

*Christopher J. Markham*
CHRISTOPHER J. MARKHAM
BENJAMIN A. SALTZMAN
Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

>*/s/ Christopher J. Markham*
>CHRISTOPHER J. MARKHAM
>Assistant United States Attorney

Dated:  10/10/2024